FILED
CLERK, U.S. DISTRICT COURT

SEP 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK THOMPSON, | NO. CV 07-7327-JSL(E) |
| Petitioner, | |
| v. | JUDGMENT |
| VICTOR ALMAGER, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: ____Sept 22____, 2008.

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE